UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert Eliazar Villanueva, | Civ. No. 25-3243 (JWB/JFD) |
| Plaintiff, | |
| v. | |
| Tracy Privratsky, *Child Support Officer, Hennepin County Human Service, in her official capacities*; Kala Kolkind, *Supervisor, in her official capacities*; Tawnya Gelle, *Human Services Supervisor, in her official capacities*; Hennepin County Child Support Division; Minnesota Department of Human Services; and Hennepin County Commission, | ORDER |
| Defendants. | |

---

Plaintiff has filed a motion for leave to file an amended complaint and a new application to proceed *in forma pauperis*. (Doc. Nos. 8, 15.) His original complaint was dismissed without prejudice on September 17, 2025, and he was not given leave to amend. (Doc. No. 6.) Judgment was entered (Doc. No. 7), and the matter was closed. Plaintiff has not appealed the dismissal order or otherwise sought relief from the judgment. Granting his post-judgment request for leave now would undermine the finality of the dismissal order and judgment.

Accordingly, Plaintiff's request for leave is **DENIED**, and his IFP application is **DENIED AS MOOT**. If he chooses, he may file the revised materials as a new action.

Date: October 16, 2025

 s/ Jerry W. Blackwell
JERRY W. BLACKWELL
United States District Judge